OWEN et al., Appellants, v. BOSTON & L. BLOCK CO., Respondent.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Action by Harvey Owen and another against the Boston & Lockport Block Company.
No opinion.   Order appealed from affirmed, with $10 costs and disbursements.

---

RORBACH, Appellant, v. CROSSETT, Respondent.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Action by John Rorbach against Lloyd W. Crossett.
No opinion.  Motion for leave to appeal to the court of appeals denied.   See 19 N. Y. Supp. 450.

---

SMITH, Respondent, v. WATSON, Appellant.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Action by John Smith against Margaret Watson.
No opinion.   Judgment of the county court of Chautauqua county appealed from affirmed, with costs.

---

WHITMAN, Respondent, v. FOLEY et al., Appellants.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Action by Betsey Whitman, as administratrix, etc., against Matthew T. Foley and others.
No opinion.   Order appealed from granting a new trial affirmed, with costs. See 16 N. Y. Supp. 23; 19 N. Y. Supp. 910; 20 N. Y. Supp. 272, mem.

---

ZIEMENDORF, Respondent, v. TOWN OF WHEATFIELD, Appellant.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Action by William Ziemendorf against the town of Wheatfield.
No opinion.   Judgment and order appealed from affirmed.

---

IDEN v. SOMMERS.

(Superior Court of New York City, General Term.   July 5, 1892.)

No opinion.   Motion denied, with $10 costs.   See 18 N. Y. Supp. 189, 779.

---

UNITED STATES TRUST CO. v. O'BRIEN.

(Superior Court of New York City, General Term.   July 5, 1892.)

No opinion.   Motion denied, with $10 costs.   See 18 N. Y. Supp. 798.

---

WEHLE v. KOCH.

(Superior Court of New York City, General Term.   July 5, 1892.)

No opinion.   Motion granted.   See 19    Y. Supp. 189.